# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEITHER McELFRESH, | CV F  06-1575 SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT REPORTER'S TRANSCRIPTS FROM STATE COURT PROCEEDINGS |
| v. | |
| JOHN MARSHALL, WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

This case is currently ready for review on the merits, as Respondent filed a answer to the petition on February 23, 2007, and Petitioner filed a traverse on March 8, 2007.  Respondent did not submit a copy of the Reporter's Transcript from the state court.  The Court finds that in order for conduct a proper review of the petition a review of Reporter's Transcripts is necessary.

Accordingly, within **five (5)** court days from the date of service of this order, Respondent shall submit any and all of the Reporter's Transcripts from the state court proceedings.

IT IS SO ORDERED.

**Dated:    January 24, 2008**                     /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

1